Action by William Renninger, an infant, etc., against Richard Richey and others. No opinion. Judgment and order unanimously affirmed, with costs.

---

REYNOLDS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) Action by Patrick J. Reynolds against the Brooklyn Heights Railroad Company. No opinion. Motion to dismiss appeal denied, without costs.

---

In re RHOADS' ESTATE. (Supreme Court, Appellate Division, First Department. June 28, 1907.) In the matter of the estate of Lyman F. Rhoads, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

RHODES, Respondent, v. SPERRY & HUTCHINSON CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Aida T. Rhodes against the Sperry & Hutchinson Company. No opinion. Motion to resettle order denied, with costs.

---

RICHARDSON, Appellant, v. MAGUIRE et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by Eugene W. Richardson against John Maguire and another, individually and as executors, etc. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

---

RICHARD V. HARNETT & CO., Inc., Appellant, v. ENGLANDER, Respondent. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Appeal from Trial Term. Action by Richard V. Harnett & Co., Incorporated, against Bethoven Englander. From an order setting aside a verdict for plaintiff and a judgment dismissing its complaint, plaintiff appeals. Judgment reversed, order so far as it set aside the verdict affirmed, and new trial ordered. L. E. Warren, for appellant. Mark Ash, for respondent.

LAMBERT, J. The plaintiff brought this action to recover $1,000, with interest, commissions alleged to have been earned in negotiating an exchange of real estate. Upon the trial of the action the jury found a verdict in favor of the plaintiff, which, on motion of defendant, was set aside, and the plaintiff's complaint was dismissed, on the ground that the plaintiff acted in the premises in violation of section 640d of the Penal Code, and that his right of recovery was thus defeated. It is conceded that the plaintiff did not have the written authority demanded by the Penal Code, and this court had, at that time, held that the act in question was not a violation of the Constitution of this state, so that the action of the learned court in granting the order appeared to be in harmony with the law. Subsequently, however, the Court of Appeals in Fisher Company v. Woods, 187 N. Y. 90, 79 N. E. 836, held section 640d of the Penal Code unconstitutional, both under the state and federal Constitutions. There is nothing remaining, therefore, upon the appeal from the judgment, except to reverse the same. The order granting the new trial should be affirmed, and

the parties permitted to again present their proofs and have the law applied thereto in harmony with the latest expression of the court of last resort. The judgment appealed from should be reversed, and the order, so far as it set aside the verdict, affirmed, and a new trial granted, with costs to the successful party to abide event. All concur.

---

RICKERT v. WHITE. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by Thomas A. Rickert against Henry White. No opinion. Motion granted, with $10 costs. Order filed.

---

RIKER et al., Respondents, v. SPRINGFIELD FIRE & MARINE INS. CO., of SPRINGFIELD, MASS., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Edward L. Riker and others against the Springfield Fire & Marine Insurance Company, of Springfield, Mass.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., not sitting.

---

RIORDAN v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by John J. Riordan against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs. Order filed.

---

In re ROBBINS et al. (Supreme Court, Appellate Division, First Department. May 31, 1907.) In the matter of Clarence H. Robbins and others. G. M. Mackellar, for appellant. F. O'Connor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re ROBBINS' ESTATE. (Supreme Court, Appellate Division, First Department. June 28, 1907.) In the matter of the estate of Sophia Robbins, deceased. No opinion. Order affirmed, with costs. Order filed.

---

ROBINSON, Appellant, v. UNION RY. CO. OF NEW YORK CITY, Respondent. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by William Robinson against the Union Railway Company of New York City. No opinion. Reargument ordered, and case set down for Wednesday, October 2, 1907.

---

ROCHKIND, COHEN & CO., Respondents, v. JACOBSON, Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Rochkind, Cohen & Co. against Judah Jacobson. No opinion. Motion to dismiss appeal denied, with costs.

---

ROCKWOOD, Respondent, v. NEW YORK CONTRACTING CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth De-